1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   CR 05-70992 WDB |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE |
| v. | ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ. |
| WILLIAM A. PONCE, a/k/a William A. Ponse, Rafael Molina | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Based on the reasons provided on the record by the parties at their appearance before this Court on December 20, 2005 for submission of financial affidavit and setting of identity hearing – namely, the need for counsel of each party to provide discovery to each other relating to: (a) the defendant's identity, and (b) the instant indictment returned in 2001 by a Grand Jury sitting in the District of Columbia under docket numbers F-1286-01 and F-1287-01 – the Court hereby FINDS that the time between December 20, 2005 and January 4, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv) in that the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this time for effective preparation of counsel, taking into account the exercise of due diligence.

[~~PROPOSED~~] ORDER
CR 05-70992 WDB

1  Based on these findings, IT IS HEREBY ORDERED THAT the time from December 20,
2  2005 to January 4, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§
3  3161(h)(8)(A) and (h)(8)(B)(iv).
4  IT IS SO ORDERED.
5  Dated: December 21 , 2005



HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
CR 05-70992 WDB                                 2