| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
|   | Assistant Federal Public Defender |
| 3 | 555 12th St., Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |



RECEIVED UNITED STATES MARSHAL
2006 JAN 10 PM 2:48

FILED
JAN 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 4-05-70992-WDB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER |
| vs. | ) | DISMISSING PROCEEDINGS AND RELEASING DEFENDANT FROM |
| | ) | U.S. MARSHAL CUSTODY INTO |
| | ) | IMMIGRATION AND CUSTOMS |
| WILLIAM A. PONCE, A/K/A | ) | ENFORCEMENT CUSTODY |
| William A Ponse, Rafael Molina, | ) | |
| | ) | |
| Defendant. | ) | |

After a hearing on the matter and good cause appearing therefore, it is hereby ORDERED that removal proceedings in this court under Rule 5 of the Federal Rules of Criminal Procedure be DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the defendant in the above-entitled and numbered criminal action be released from the custody of the United States Marshals Service and remanded forthwith into the custody of the Bureau of Immigration and Customs Enforcement pursuant to an immigration detainer.

DATED: 1-10-06

_____
HON. WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, 3 certified copies to Marshal
Copy to parties via ECF, Pretrial